SCHLANGER LAW GROUP LLP

October 28, 2026

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

**Re:** *Acosta Menuar v. Capital One, N.A., et al.*
**Civil Action No.:** 26 Civ. 7376 (KPF)

Your Honor:

My firm is counsel to Plaintiff Jessica Acosta Menuar in the above-referenced action. We write jointly with counsel for Defendant Capital One, N.A. ("Capital One"), which consents to this request, to respectfully request that the initial pretrial conference currently scheduled for November 18, 2026, at 12:30 p.m. (ECF No. 5) be adjourned by seventy days, to January 27, 2027, or to any date thereafter convenient to the Court. The parties further request that the deadline to file and submit the Proposed Civil Case Management Plan and Scheduling Order and the accompanying joint letter, currently due Thursday, November 12, 2026, be adjourned to the Thursday of the week before the rescheduled conference.

There are two reasons for this request. First, Defendant PayPal, Inc. ("PayPal") has not yet appeared. PayPal was served on October 20, 2026, and its time to respond to the Complaint does not expire until November 10, 2026 (ECF No. 19). Capital One's time to respond to the Complaint was extended to November 12, 2026 (ECF No. 17). An adjournment will allow all parties to appear, confer as required by Fed. R. Civ. P. 26(f) and the Court's Notice of Initial Pretrial Conference, and submit a single joint proposed case management plan. Second, the requested adjournment will allow the parties to avoid scheduling these submissions and the conference during the Thanksgiving and year-end holidays.

This is the first request to adjourn the initial pretrial conference. The only prior request for an extension in this action was Capital One's request to extend its time to respond to the Complaint, which the Court granted (ECF No. 17). Capital One consents to this request. Because PayPal has not yet appeared, we have not been able to obtain its position.

We thank Your Honor for consideration of this request.

Respectfully,

*/s/ Evan S. Rothfarb*

Evan S. Rothfarb

cc: all counsel of record (via ECF)

**New York:**
60 East 42nd Street, 46th Floor
New York, NY 10165

**Ohio:**
26300 Cedar Road, Suite 1105
Beachwood, OH 44122

**T.** 212.500.6114
**F.** 646.612.7996
**E.** erothfarb@consumerprotection.net

Application GRANTED. The initial pretrial conference currently scheduled for November 18, 2026, is hereby ADJOURNED to **February 16, 2027**, at **12:00 p.m.** The conference will be held telephonically. At the scheduled date and time, the parties are to call (855) 244-8681 and enter access code 2315 780 7370.

The parties are reminded to submit a joint status update and a proposed Civil Case Management Plan on the Thursday prior to the conference.

The Clerk of Court is directed to terminate the pending motion at docket entry 20.

Dated: October 29, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE